DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDGAR E. DASILVA,**
Appellant,

v.

**ALESSANDRA VAN DER MEULEN,**
Appellee.

No. 4D2024-0059

[August 1, 2024]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502022CA009785.

Spencer Bryant Siegel of Siegel & Siegel, P.A., Boca Raton, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LEVINE, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***